**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Adrianne McGee, Adm. Est. of LeDarren D. Mixon, Deceased, | : : : | Case No. 2:19-cv-379 |
| Plaintiff, | : : | |
| vs. | : : | Judge Marbley |
| City of Whitehall, et. al., | : : | Magistrate Judge Vascura |
| Defendants. | : | |

---

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. 10) AND RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DOC. 11)**

---

Pursuant to Fed. R. Civ. P. 16(b)(4) and S.D. Ohio Civ. R. 7.3, Defendants City of Whitehall, City of Reynoldsburg, Ronald Casto, Gary A. Baker, Jr. and Joseph Danzey (collectively "Defendants") respectfully request an extension of time until July 22, 2019 to file their (1) reply in support of their Motion for Judgment on the Pleadings (Doc. 10) and (2) Response in Opposition to Plaintiff's Motion for Leave to file an Amended Complaint (Doc. 11). Per local rule, Plaintiff's counsel was contacted about this motion via e-mail, but has not yet responded to the undersigned.

On June 1, 2019, Defendants filed a Motion for Partial Judgment on the Pleadings. (Doc. 10). Plaintiff filed a (1) Response in Opposition (Doc. 12) and (2) Motion for Leave to Amend the Complaint (Doc. 11) on June 24, 2019. Defendants' Reply in Support of their Motion for Judgment on the Pleadings is currently due on Monday, July 8, 2019. Defendants' response in opposition to Plaintiff's Motion for Leave to Amend the Complaint is due on Monday, July 15, 2019. The

undersigned counsel for Defendants City of Whitehall, Gary Baker, Jr., and Ronald Casto has been out of state since July 2, 2019 and is not returning to Columbus until July 10, 2019. The undersigned counsel for the City of Reynoldsburg and Officer Danzey is out of state until July 15, 2019. Consequently, Defendants ask for an extension of time, until July 22, 2019 to file their Reply and Response memoranda.

For the foregoing reasons, Defendants respectfully request that this Motion be GRANTED.

Respectfully submitted,

/s/ Andrew N. Yosowitz
**Mark Landes           (0027227)**
E-mail: mlandes@isaacwiles.com
**Andrew N. Yosowitz    (0075306)**
E-mail: ayosowitz@isaacwiles.com
**Isaac, Wiles, Burkholder and Teetor, LLC**
2 Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: 614-221-2121; Fax 614-365-9516
*Attorney for Defendants City of Whitehall, Ronald Casto and Gary Baker, Jr.*

Michael T. Bivens          (0076199)
E-mail: Michael.bivens@whitehall-oh.us
**City Attorney for the City of Whitehall**
360 S. Yearling Road
Whitehall, Ohio 43213
Tel: 614-237-9802; Fax: 614-237-9953

MAZANEC, RASKIN & RYDER CO., L.P.A.

*/s/Michael S. Loughry*
MICHAEL S. LOUGHRY (0073656) Trial Attorney
CARA M. WRIGHT (0084583)
175 South Third Street
Suite 1000
Columbus, OH 43215
(614) 228-5931
(614) 228-5934 – Fax
mloughry@mrrlaw.com; cwright@mrrlaw.com
*Counsel for Defendants City of Reynoldsburg and Joseph A. Danzey*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Andrew N. Yosowitz
                                                Andrew N. Yosowitz  (0075306)