# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Adrianne McGee, Adm. Est. of LeDarren D. Mixon, Deceased, | : : : | |
| | : | Case No. 2:19-cv-379 |
| Plaintiff, | : : | |
| vs. | : : | Judge Marbley |
| City of Whitehall, et. al., | : : | Magistrate Judge Vascura |
| Defendants. | : : | |

## ORDER

This cause comes for consideration of the Defendants' Joint Motion For Extension Of Time To File Their Reply In Support Of Their Motion For Judgment On The Pleadings (Doc. 10) And Response To Plaintiff's Motion For Leave To File An Amended Complaint (Doc. 11). For good cause shown, the Defendants' Motion (Doc. 13) is **GRANTED**. Defendants shall file any Reply in Support of their Joint Motion for Partial Judgment on the Pleadings (Doc. 10) and any Response to Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 11) by July 22, 2019.

**IT IS SO ORDERED**

> */s/ Chelsey M. Vascura*
> **UNITED STATES MAGISTRATE JUDGE**