IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ADRIANN McGEE, Administrator of the Estate of LeDarren Mixon**, <br><br> Plaintiff, <br><br> -vs- <br><br> **CITY OF WHITEHALL, et al**., <br><br> Defendants. | CASE NO.   2:19-CV-379 <br><br><br> **JUDGE ALGENON L. MARBLEY** <br><br> **MAG. JUDGE CHELSEY M. VASCURA** |

## ORDER

This cause comes for consideration of the Parties' Joint Motion For Extension Of Discovery Deadlines. For good cause shown, the Parties' Joint Motion is **GRANTED**. The Court orders the following deadlines:

Plaintiff's Expert Disclosure: January 2, 2020;

Defendant's Expert Disclosure: February 24, 2020;

Discovery Deadline: June 1, 2020;

Dispositive Motion Deadline: June 29, 2020.

**IT IS SO ORDERED**

*/s/ Chelsey M. Vascura*
_____
**UNITED STATES MAGISTRATE JUDGE**